# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

142887

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GENRE BROGUE,
        Plaintiff-Appellant,

v

                                      SC: 142887
                                      COA: 295422
                                      Wayne CC: 08-015317-CZ

COMCAST,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.



June 28, 2011

_____
                              Clerk

t0620